IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.                                        CASE NO. **4:03CR00145GH**

EDWIN RAY PAULSON                                                                   DEFENDANT

## ORDER

Pending before the Court is defendant's motion for early termination of probation. Neither the Government nor Probation object to the request.

Defendant pled guilty to possession with intent to distribute marijuana and conspiracy to possess with intent to distribute marijuana and was sentenced on June 16, 2004 to a term of five years probation. Defendant was placed on six months home detention beginning July 12, 2004. Defendant has complied with the terms of probation, including participation in a substance abuse treatment program and payment of fines and a special assessment. Defendant wishes to be a long distance truck driver.

The Court has reviewed the motion and is persuaded that early termination of probation is warranted. His probation is terminated upon entry of this Order.

Accordingly, defendant's motion for early termination of probation is hereby granted.

IT IS SO ORDERED this 24th day of August, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE